SECOND FEDERAL SAVINGS AND LOAN ASSO-
CIATION OF CLEVELAND *v.* BOWERS, TAX
COMMISSIONER OF OHIO.

No. 537.   Decided January 19, 1959.

*Robert G. Day* for appellant.

*William Saxbe,* Attorney General of Ohio, and *John M.
Tobin,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed.   Treating the papers whereon the appeal was
taken as a petition for writ of certiorari, certiorari is
denied.

MR. JUSTICE HARLAN is of the opinion that probable
jurisdiction should be noted.